IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 16-20097-01-CM |
| | ) | |
| KEITH COUNTESS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## UNITED STATES' MOTION FOR ORDER DIRECTING RELEASE OF VEHICLE

COMES NOW the United States by and through counsel, Stephen R. McAllister, United States Attorney for the District of Kansas, and Aaron L. Smith, Assistant United States Attorney, and respectfully requests the Court to enter an order directing the Department of Homeland Security Investigations (HSI) to release the vehicle more fully identified as a 2012 Chevrolet Silverado 7500 Truck, VIN: 1GC1KVC89CF117350.   In support of this motion, the United States represents to the Court as follows:

1.      During the investigation that gave rise to the instant criminal case, the United States seized the 2012 Chevrolet Silverado 7500 Truck, VIN: 1GC1KVC89CF117350.

2.      The seized truck is in the custody of HSI and/or Customs and Border Protection (CBP).

3.      The United States is no longer pursuing forfeiture of the truck and brings this motion for an order directing the agency to release the truck to the defendant or his representative.

4.      Counsel for the defendant has been contacted and has no objection to this motion.

1

WHEREFORE, for the foregoing reasons, the United States respectfully requests that the Court grant its motion and enter an order directing HSI to release the truck identified herein to the defendant or his representative.

Respectfully Submitted,

Stephen R. McAllister
United States Attorney

/s/ Aaron L. Smith
AARON L. SMITH, #20447
Assistant United States Attorney
301 N. Main, Ste. 1200
Wichita, Kansas 67202
(316) 269-6481
Fax (316) 269-6484
aaron.smith3@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2019, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

/s/ Aaron L. Smith
AARON L. SMITH, #20447
Assistant United States Attorney